UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

STACY L. PARTIN                                                                                          PLAINTIFF

v.                                                             CIVIL ACTION NO. 5:13-cv-00193-CRS

RON TILFORD                                                                              DEFENDANT

## MEMORANDUM OPINION AND ORDER

Defendant Ron Tilford moves the Court to correct its June 7, 2016 order granting Tilford's motion to dismiss without prejudice. ECF No. 124. Tilford requests the Court alter the order to reflect a dismissal *with prejudice*. The Court will deny this request.

Tilford provides no substantive argument as to why this Court should alter its order. This Court granted Tilford's motion to dismiss on the ground that Partin failed to exhaust required administrative remedies. June 7, 2016 Memo. Op., ECF No. 121. Under the Prison Litigation Reform Act of 1995, Pub. L. No. 104–134, 110 Stat. 1321 (1996), a prisoner must exhaust all available administrative remedies before filing a Section 1983 action in federal district court. *See Brown v. Toombs*, 139 F.3d 1102, 1103 – 04 (6th Cir. 1998). Failure to exhaust these remedies warrants dismissal *without prejudice* of the prisoner's claims. *See Boyd v. Corr. Corp. of Am.*, 380 F.3d 989, 994 (6th Cir. 2004). This allows Plaintiff Stacy L. Partin to file these claims in the manner contemplated under 42 U.S.C. § 1997e. Dismissal with prejudice is inappropriate.

The Court **DENIES** Defendant Ron Tilford's motion for correction of order (DN 124).

**IT IS ORDERED.**

August 2, 2016

Charles R. Simpson III, Senior Judge
United States District Court